**2006–1973. State v. Sarkozy.**
Cuyahoga App. No. 86952, 2006-Ohio-3977. Discretionary appeal accepted on Proposition of Law No. I.

PFEIFER, LUNDBERG STRATTON and O'DONNELL, JJ., dissent.

**2006–2035. State v. Lindsey.**
Franklin App. Nos. 06AP–189, 06AP–190, and 06AP–191, 2006-Ohio-5203. Discretionary appeal accepted; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2036, *State v. Lindsey,* Franklin App. Nos. 06AP–189, 06AP–190, and 06AP–191, 2006-Ohio-5203; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006–2042. State v. Dennis.**
Franklin App. No. 05AP–1290, 2006-Ohio-5777. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2006–1245 and 2006–1383, *State v. Payne,* Franklin App. No. 05AP–517, 2006-Ohio-2552; cause consolidated with 2006–2070, *State v. Dennis,* Franklin App. No. 05AP–1290, 2006-Ohio-5777; and briefing schedule stayed.

PFEIFER, J., dissents.

**2006–2094. Burya v. Lake Metroparks Bd. of Park Commrs.**
Lake App. No. 2005–L–015, 2006-Ohio-5192. Discretionary appeal accepted on Proposition of Law No. II; cause held for the decision in 2005–1993 and 2005–2032, *Elston v. Howland Local Schools,* Trumbull App. No. 2004–T–0092, 2005-Ohio-4765; cause consolidated with 2006–2078, *Burya v. Lake Metroparks Bd. of Park Commrs.,* Lake App. No. 2005–L–015, 2006-Ohio-5192; and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., would also accept the appeal on all other Propositions of Law.

LANZINGER, J., would also accept the appeal on Proposition of Law No. I.

PFEIFER, J., dissents.